```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05037
   KEITH A KNOWLES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

              Debtor
   SSN XXX-XX-6994


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/21/2007 and was not confirmed.

    The case was dismissed without confirmation 07/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL    CURRENT MORTG         .00           .00              .00
HOMECOMINGS FINANCIAL    MORTGAGE ARRE         .00           .00              .00
KOVITZ SHIFRIN NESBIT    SECURED           1400.00           .00           150.00
CITIZENS FINANCE         SECURED VEHIC     9954.02           .00              .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED          .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED          343.41           .00              .00
HOUSEHOLD FINANCE CORP   SECURED NOT I    12564.03           .00              .00
NATIONAL CAPITAL MGMT LL UNSECURED          7448.17          .00              .00
HOMECOMINGS FINANCIAL    NOTICE ONLY      NOT FILED          .00              .00
SBC                      UNSECURED          684.58           .00              .00
KOVITZ SHIFRIN NESBIT    SECURED               .00           .00              .00
AMERICASH LOANS LLC      UNSECURED         4992.32           .00              .00
PHILIP A IGOE            DEBTOR ATTY          .00                             .00
TOM VAUGHN               TRUSTEE                                             9.91
DEBTOR REFUND            REFUND                                          2,690.09

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             2,850.00

PRIORITY                                         .00
SECURED                                       150.00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                            9.91
DEBTOR REFUND                               2,690.09
                    -------------         -------------
TOTALS              2,850.00                2,850.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 05037 KEITH A KNOWLES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 05037 KEITH A KNOWLES